SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
SEP 11 2026
JEANNE G. QUINATA
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL LUKE BALAJADIA,<br><br>Defendant. | MAGISTRATE CASE NO. 26-00137<br><br>**COMPLAINT**<br><br>**AGGRAVATED SEXUAL ABUSE BY FORCE**<br>[18 U.S.C. § 2241(a)(1)] |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

**AGGRAVATED SEXUAL ABUSE BY FORCE**

On or about September 1, 2026, in the District of Guam, within the boundaries of Andersen Air Force Base, Guam, an area within the special maritime and territorial jurisdiction of the United States, the Defendant, GABRIEL LUKE BALAJADIA, did knowingly cause the victim, Jane Doe to engage in a sexual act, to wit, contact between the penis and the vulva, by the use of force against the victim, Jane Doe, in that the Defendant, GABRIEL LUKE BALAJADIA by using force against the victim, in violation of Title 18, United States Code, Section 2241(a)(1).

//

//



ORIGINAL

**COMPLAINANT FURTHER STATES:**

1. I, Michael Lee, being duly sworn, depose and state that the following is true to the best of my information, knowledge, and belief:

2. I submit this affidavit in support of a criminal complaint authorizing the arrest of GABRIEL LUKE BALAJADIA, hereinafter referred to as "BALAJADIA", for violations of 18 U.S.C. § 2241(a)(1), aggravated sexual abuse by force.

3. I am a Special Agent with the United States Air Force Office Special Investigations ("AFOSI") Detachment 602, and I am authorized to conduct investigations into violations of federal law including: sexual assault, intimate partner violence, aggravated assault, child exploitation, as well as other violent crimes across the full AFOSI investigative spectrum. I have been employed with AFOSI since July 2010.

4. As part of my duties, I investigate criminal violations relating to sex crimes, including aggravated sexual abuse by force or threat and sexual abuse, in violation of Title 18, United States Code, Sections 2241 and 2242. I have received training and instruction in the field of investigation of sex crimes, domestic violence, and have had the opportunity to participate in investigations relating to the sexual abuse.

5. I have worked with agents involved in numerous investigations involving aggravated sexual abuse by force or threat and sexual abuse. I have executed and participated in searches of premises and assisted in gathering evidence pursuant to search warrants, including search warrants in multiple sexual abuse investigations. I have conducted interviews of persons who have been sexually abused by force or threat.

6. The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by experienced special agents and other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing

probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that GABRIEL LUKE BALAJADIA has committed a violation of Title 18, United States Code, Section 2241(a)(1), that is, aggravated sexual abuse by force.

## I. PROBABLE CAUSE

7. On or about September 3, 2026, the Andersen Air Force Base (AAFB) Sexual Assault Prevention and Response Program Manager ("SAPR"), notified OSI Detachment 602 that A1C Jane Doe, filed an unrestricted sexual assault report. In her report to SAPR, Jane Doe disclosed that on or about September 1, 2026, GABRIEL LUKE BALAJADIA ("BALAJADIA") sexually assaulted her inside her AAFB dorm residence located at Saipan Hall Dormitory, Building 25007, Anderson Air Force Base, AFB, Guam, land reserved or acquired for the use of the United States.

8. On or about September 3, 2026, OSI agents conducted an initial interview of Jane Doe at the US Naval Hospital Guam emergency room. During the interview, Jane Doe disclosed in August 2026, she scheduled to have Wi-Fi installed in her AAFB dorm room. On or about September 1, 2026, a male Docomo Pacific representative with the phone number "(671) 688-2502" (later identified as a phone number attributed to BALAJADIA) called Jane Doe to schedule her Wi-Fi installation. BALAJADIA stated he would be on the AAFB installation and asked if 11:00 am ChST would be a good time to install the equipment. Jane Doe confirmed the installation time. BALAJADIA did not arrive for the scheduled appointment on time and Jane Doe had to return to work, so she left her dorm room unlocked so BALAJADIA could access her room and complete the Wi-Fi installation while she was at work.

9. Later that afternoon, BALAJADIA sent Jane Doe an iMessage (Apple brand secure

instant messaging service) notifying her that the installation was complete and that he needed her signature to close out the installation work order. Jane Doe instantly replied, informing BALAJADIA she was still at work, but would be back to her dorm room after 4:00 pm, and that she would be available to sign the work order. Between 6:00-7:00 pm, BALAJADIA called Jane Doe, informing her he was on his way to the Saipan Hall dormitory. At approximately 6:39 pm, BALAJADIA again called Jane Doe and informed her he was parked outside in the Saipan Hall dormitory parking lot. BALAJADIA asked Jane Doe if she wanted him to come up to her dorm room or if she would come down to sign the work order; she said she would come down to where he was parked.

10. Jane Doe and BALAJADIA conversed with each other in the parking lot for approximately 1 hour. During their conversation, BALAJADIA told Jane Doe he needed to show her how to use the newly installed internet equipment. She acknowledged and they went up to her dorm room.

11. While inside of Jane Doe's dorm room, BALAJADIA attempted to access Jane Doe's wardrobe closet and she denied him by standing in front of the closet door and holding onto the closet door knob, blocking his access. He picked her up by the waist, threw her onto her bed, and walked towards her wardrobe closet. She immediately got up and blocked his access. This series of actions occurred approximately five (5) times. After the fifth time, he got on top of her and started kissing her mouth and neck area. She told him to stop but he continued. He then lifted her hooded sweatshirt up and bra up and started sucking on her nipples. He then removed her black athletic pants and black underwear, spit on her vagina and performed oral sex on her vagina with his tongue. BALAJADIA flipped Jane Doe over onto her stomach and licked her inner ear and asked if he could insert his penis inside her vagina. She said no because she did not want to get pregnant. Jane Doe attempted to get up and away from BALAJADIA several times during the

assault but was unable due to his size and weight. After the assault, Jane Doe walked with BALAJADIA down to his vehicle.

12. On or about September 2, 2026, Jane Doe walked outside of her dorm room and saw BALAJADIA walking around the outside of her Saipan Hall dormitory. She immediately went back inside because she did not want to see him. Jane Doe wasn't sure if BALAJADIA saw her, but he came to her door and knocked twice. She did not answer, so he eventually left.

13. Jane Doe provided a brief description of BALAJADA'S vehicle as a White pickup truck with a ladder attached to the truck. She described BALAJADIA as a male in his early 20's; BALAJADIA wore a red hat, red and black long sleeve shirt, dark colored pants and brown boots.

14. On or about September 3, 2026, OSI agents conducted a law enforcement record check for the phone number "(671) 688-2502" which Jane Doe identified as the number BALAJADIA used to contact her. The review disclosed the phone number was attributed to Gabriel Luke BALAJADIA with a date of birth of September 14, 2001.

15. On or about September 3, 2026, OSI agents conducted a search query of the Defense Biometrics Identification System ("DBIDS") for BALAJADIA. The review identified BALAJADIA's entry into AAFB during the following dates and times:

August 28, 2026 at 9:26 am

August 31, 2026 at 12:25 pm

September 1, 2026 at 10:13 am

September 1, 2026 at 5:27 pm

September 2, 2026 at 3:27 pm

16. On or about September 3, 2026, OSI agents reviewed the Saipan Hall dormitory Closed Circuit Television (CCTV) surveillance footage in accordance with the details provided by Jane Doe. During the review, it was identified that CCTV surveillance footage did not exist for

September 1, 2026, due to an unscheduled power outage throughout several parts of AAFB, including Saipan Hall dormitory.

17. On or about September 8, 2026, OSI agents conducted a secondary review of the Saipan Hall dormitory CCTV. The review disclosed that on September 2, 2026, Jane Doe emerged from her room at 3:36 pm, looked over her third floor balcony then immediately backstepped into her room. Another camera angle (simultaneously) identified BALAJADIA walking from a white colored pickup truck with a ladder affixed to the roof and bed of the truck; BALAJADIA had a phone in his hand. BALAJADIA looked upwards in the direction of Jane Doe's dorm room then walked towards and entered dorm room 114; BALAJADIA entered the dorm room at approximately 3:40 pm. Between approximately 3:40 pm and 3:47 pm, BALAJADIA is seen walking back and forth between room 114 and the white pickup truck; he appeared to be texting on a cell phone at least once during this time. At 4:11 pm, BALAJADIA is observed knocking on Jane Doe's dorm room door. There is no answer; he leaves after approximately 1 minute. At 4:46 pm Jane Doe is observed walking out of her dorm room, then looking over her balcony, walking over to the third adjacent 3rd floor stairwell, then going back inside her dorm room.

18. On or about September 3, 2026, OSI agents conducted a second interview of Jane Doe at OSI Detachment 602, AAFB, GU. During the interview, Jane Doe disclosed the following: On September 1, 2026, Jane Doe was inside her dorm room, on her lunch break. BALAJADIA called her at approximately 11:18 am, identified himself as a Docomo Pacific employee that he was on his way to install her Wi-Fi equipment. At 11:24 am, he sent her a text message informing her of his arrival at the dormitory. She replied and informed him she had to return to work and that she left her door unlocked so that he could access her room and complete the installation. At 12:49 pm, BALAJADIA sent Jane Doe a text message informing her of the installation completion and the requirement for her signature. She did not see the message until 3:42 pm. She immediately

replied and said she was still at work, that she would be back to her room after 4:00 pm, and that he could come back after 4:00 pm. At approximately 6:31, BALAJADIA called Jane Doe and said he was on the way to her dorm room. He called again at approximately 6:39 pm to inform her of his arrival to the dorms. BALAJADIA asked Jane Doe if she wanted him to come up to the room if she would come down to the parking lot.

19. Jane Doe walked down to the parking lot. They talked in the parking lot for approximately 1 hour. During their conversation, BALAJADIA told Jane Doe he needed to come up to her room to show her how the newly installed equipment worked; she agreed.

20. While inside of Jane Doe's dorm room, BALAJADIA attempted to access Jane Doe's wardrobe closet and she denied him by standing in front of the closet door and holding onto the closet door knob, blocking his access. He grabbed her by the waist and pulled her towards him, causing her to slip and fall to the floor. BALAJADIA then threw her onto the bed and immediately got on top of her and positioned himself with his knees straddling her torso and his body seated on her waist. He used his body weight and strength to restrict her ability to get up or move.

21. BALAJADIA attempted to kiss Jane Doe on the mouth, she refused and said she was engaged to get married and could not have sex with him. He removed her hooded sweatshirt, lifted her sports bra, sucked on her nipples and kissed her neck area. At some point BALAJADIA placed his hand inside of her athletic pants and digitally penetrated her vagina with two fingers. BALAJADIA lifted both of Jane Doe's legs and removed her athletic pants and underwear. He then spread her legs apart, spit on her vagina and performed oral sex on her vagina. Jane Doe was able to get up and put her clothes back on. BALAJADIA took out his penis and pushed BALAJADIA back onto the bed onto her stomach. Jane Doe said she couldn't do this; BALAJADIA repeatedly stated "you want this though." BALAJADIA repeatedly rubbed his penis against Jane Doe's vagina while licking the inside of her ear. He moved her underwear to the side

and inserted his penis into her vagina. Jane Doe immediately refused, said “no,”, got up and started to put her clothes back on. BALAJADIA pushed her against the wall, asked her if she was sure she wanted him to stop, then digitally penetrated her vagina and sucked on her nipples.

22. She could not recall how the assault ended but recalled them both getting dressed. She eventually walked him down to the parking lot to try and identify what vehicle he drove.

23. She recalled BALAJADIA drove a white pickup truck with a ladder attached to the truck. She described BALAJADIA as wearing a hat, with a black and red long sleeve shirt, dark jeans, and brown boots. BALAJADIA had a fade-style haircut with a goatee-style beard.

24. On or about September 2, 2026, Jane Doe saw BALAJADIA walking around her dormitory building. He called her at approximately 4:35 pm; she didn’t answer. Around the same time she walked outside of her room and observed BALAJADIA in the parking lot texting on the phone. At approximately 4:38 pm, she received a text message from him, inquiring if she was ok. BALAJADIA called her again at approximately 4:03 pm; she did not answer. He knocked on her door twice; she did not answer. At approximately 4:16 pm, BALAJADIA sent a text message apologizing to Jane Doe.

//

//

//

//

//

//

//

//

//

## II. CONCLUSION

Based on the foregoing, I believe that probable cause exists in that GABRIEL LUKE BALAJADIA committed a violation of Title 18, United States Code, Sections 2241(a)(1), aggravated sexual abuse by force.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 11 day of September, 2026.

MICHAEL LEE
Special Agent
Air Force Office of Special Investigations

SUBSCRIBED AND SWORN TO before me on this 11 day of September, 2026.

HON. ALBERTO E. TOLENTINO
Designated Judge